UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
THE FEDERAL SAVINGS BANK,   :
:
Plaintiff,   :
:   25-CV-3904 (JMF)
-v-   :
:   ORDER
BEN ASHKENAZI et al.,   :
:
Defendants.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held on November 19, 2025, by separate Order of Reference dated today, the undersigned is referring this case to Magistrate Judge Sarah L. Cave for settlement purposes.  The parties shall contact her Chambers no later than **November 21, 2025**, to schedule a settlement conference **as soon as her schedule permits**.

       Additionally, unless and until the Court orders otherwise, the parties shall appear for a conference with the Court on **January 27, 2026 at 3:15 p.m.**  The conference will be held **in-person** in **Courtroom 24B** of the **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York**.

       Finally, the parties shall file a joint status report no later than **January 20, 2026,** updating the Court on the status of the case and proposed next steps (if any).

       The Clerk of Court is directed to mail a copy of this Order to Defendant Ben Ashkenazi.

       SO ORDERED.

Dated: November 19, 2025
       New York, New York

                                                JESSE M. FURMAN
                                           United States District Judge