UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FEDERAL SAVINGS BANK,

                Plaintiff,

    -v-

BEN ASHKENAZI, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 3904 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, January 14, 2026, another telephone conference to discuss the status of the parties' settlement discussions is scheduled for **Tuesday, January 27, 2026, at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
             January 14, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**