UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FEDERAL SAVINGS BANK,

                Plaintiff,

   -v-

BEN ASHKENAZI, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 3904 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held on January 27, 2026, at which counsel for Plaintiff appeared but Defendants did not, another telephone conference to discuss the status of the parties' settlement discussions is scheduled for **February 19, 2026, at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Counsel for Plaintiff shall serve this Order on Defendants and file proof of service by **February 2, 2026**.

Dated:      New York, New York
          January 27, 2026         SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**