

**ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC**
L A W   O F F I C E S

| | | |
|---|---|---|
| **Sara Z. Boriskin, Esquire**<br>Managing Partner, New York Office | 900 Merchants Concourse<br>Suite 310<br>Westbury, NY 11590<br>Phone: 516.280.7675<br>Fax: 515.280.7674<br>www.raslegalgroup.com | **James Robertson, Esquire**<br>(1943 – 2019)<br>**Everett Anschutz, Esquire**<br>(1942 - 2025)<br>**David J. Schneid, Esquire**<br>Member of Florida Bar<br>**John T. Crane, Esquire**<br>Member of Texas Bar |

VIA CM/ECF

February 23, 2026

Honorable Jesse M. Furman
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:     The Federal Savings Bank v. Ben Ashkenazi, et al.
        Case #: 1:25-cv-03904-JMF
        Our File Number: 25-299505

Dear Judge Furman:

Please be reminded that this office represents the Plaintiff in the above-referenced foreclosure action.

Pursuant to Your Honor's Memo Endorsement of February 2, 2026 (DE #62), the parties are to file a joint status report to update the Court on the status of the case and propose next steps.

Please note that the settlement conference before Magistrate Judge Cave was held on February 19, 2026. Plaintiff had resolved earlier title issues and provided Counsel with approval to present two (2) modification/settlement offers to the borrower in the hope that we can bring the borrower's account current and settle the subject case. Unfortunately, the borrower has not shown much interest in either proposal, and instead wants to reinstate his account. The parties must now come to an agreement over exactly what is the amount that is owed in order to reinstate.

Judge Cave has set the next settlement conference for April 16, 2026. Plaintiff expects to have a bank representative present to resolve any remaining issues between the parties. Nevertheless, the parties will continue to work together up until that time to attempt to resolve the matter.

Thank you for your courtesies and cooperation herein.

Respectfully submitted,

Eric Sheidlower, Esq.

TO:

BEN ASHKENAZI
959 SOUTH END DRIVE
WOODMERE, NY 11598


NEW YORK CITY ENVIRONMENTAL CONTROL BOARD
100 CHURCH STREET, 4TH FLOOR
NEW YORK, NY 10007


NEW YORK CITY PARKING VIOLATIONS BUREAU
100 CHURCH STREET, 4TH FLOOR
NEW YORK, NY 10007


NEW YORK CITY TRANSIT ADJUDICATION BUREAU
130 LIVINGSTON STREET
BROOKLYN, NY 11201


In light of the scheduled settlement conference, the conference previously scheduled for March 11, 2026, is hereby ADJOURNED to April 22, 2026, at 3:00 p.m, in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.  The parties shall submit a joint letter no later than April 20,  2026, updating the court on the status of the case.  In the meantime, and in light of the parties' ongoing negotiations, the Court will administratively terminate the pending motion for entry of a default judgment, without prejudice to reinstatement by Plaintiff in the event that the parties cannot resolve the case.  The Clerk of Court is directed to mail a copy of this Order to Defendant Ben Ashkenazi and to terminate ECF No. 33.

SO ORDERED.

February 24, 2026