

**ROBERTSON, ANSCHUTZ, SCHNEID,**
**CRANE & PARTNERS, PLLC**
**L A W   O F F I C E S**

**Sara Z. Boriskin, Esquire**
Managing Partner, New York Office

900 Merchants Concourse
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 515.280.7674
www.raslegalgroup.com

**James Robertson, Esquire**
(1943 – 2019)
**Everett Anschutz, Esquire**
(1942 - 2025)
**David J. Schneid, Esquire**
Member of Florida Bar
**John T. Crane, Esquire**
Member of Texas Bar

May 12, 2026

VIA Email
U.S. Magistrate Judge Sarah L. Cave
U.S. District Court – Southern District of New York
Cave_nysdchambers@nysd.uscourts.gov

> Plaintiff's request at Dkt. No. 72 is **GRANTED**. The telephone conference scheduled for May 14, 2026 at 11:00 a.m. ET to discuss the status of the parties' settlement agreement, (Dkt. No. 67), is **ADJOURNED** to **May 26, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> Counsel for Plaintiff shall serve this Order on Defendants and file proof of service by **May 13, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 72.
>
> SO ORDERED.    May 12, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    The Federal Savings Bank v. Ashkenazi et al
       CASE #: 1:25-cv-03904-JMF
       RAS File No.: 25-299505
       Letter Motion to Adjourn May 14, 2026 Conference

Dear Magistrate Judge Cave:

This firm represents plaintiff The Federal Savings Bank ("Plaintiff") in the above-referenced action. Plaintiff respectfully submits this letter pursuant to jointly request an adjournment of the settlement conference scheduled for May 14, 2026 on consent of defendant Ben Ashkenazi ("Defendant"). The parties would like the conference scheduled for a date between May 26, 2026 and June 9, 2026.

Following the prior conference, held on April 16, 2026, Plaintiff drafted a proposed settlement and release agreement (the "Agreement") and sent the Agreement to Defendant. Defendant did an initial review prior to his trip out of the country, but advised that he would have a few questions and possible revisions upon his return. Defendant returned yesterday and the parties held a call to discuss Defendant's concerns. In general, Defendant has requested that the Agreement provide more detail regarding the breakdown of the balances on the loan (i.e. unpaid principal balance, total debt, etc.) and how the reinstatement funds are being applied. I am working with Plaintiff in an effort to address Defendant's requests and to attempt to resolve the outstanding issues with revisions to the Agreement. However, more time is needed to obtain the figures, address whether the May 2026 installment payment will be added to the terms of the Agreement, draft proposed

1

revised terms, for Defendant to review, and for the parties to confirm they are proceeding with same.

No party has previously requested an adjournment of this conference. As set forth above, this is a joint request on consent of Plaintiff and Defendant. No other party would be impacted by this request. There is a status conference with Judge Jesse M. Furman scheduled for May 20, 2026. This request would not directly impact that conference, but the parties intend to request an adjournment of that conference if this request is granted.

Respectfully submitted

/s/ Jason Creech
Jason Creech, Esq.
*Attorneys for Plaintiff*
900 Merchants Concourse, Ste 310
Westbury, New York 11590
Phone: 516.280.7675

CC:    **VIA EMAIL & REGULAR MAIL**
       Ben Ashkenazi
       *Defendant Pro Se*
       959 South End Drive
       Woodmere, NY 11598
       revivo.revivo@gmail.com

2