UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

|  |  |  |
|---|---|---|
| THE FEDERAL SAVINGS BANK, | : | |
| | : | |
| Plaintiff, | : | 25-CV-3904 (JMF) |
| | : | |
| -v- | : | REVISED |
| | : | SCHEDULING ORDER |
| BEN ASHKENAZI et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **May 20, 2026**, at **3:00 p.m**. is RESCHEDULED for **June 17, 2026**, at **3:00 p.m.** in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

The Clerk of Court is directed to terminate ECF No. 76 and mail a copy of this Order to Defendant Ben Ashkenazi.

SO ORDERED.

Dated: May 15, 2026
     New York, New York

                                        JESSE M. FURMAN
                                    United States District Judge