

**ROBERTSON, ANSCHUTZ, SCHNEID,**
**CRANE & PARTNERS, PLLC**
L A W   O F F I C E S

**Sara Z. Boriskin, Esquire**
Managing Partner, New York Office

900 Merchants Concourse
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 515.280.7674
www.raslegalgroup.com

**James Robertson, Esquire**
(1943 – 2019)
**Everett Anschutz, Esquire**
(1942 - 2025)
**David J. Schneid, Esquire**
Member of Florida Bar
**John T. Crane, Esquire**
Member of Texas Bar

May 21, 2026

VIA ECF
U.S. Magistrate Judge Sarah L. Cave
U.S. District Court – Southern District of New York

Re: The Federal Savings Bank v. Ashkenazi et al

CASE #: 1:25-cv-03904-JMF
RAS File No.: 25-299505
Letter Motion to Adjourn May 14, 2026 Conference

> Plaintiff's request at Dkt. No. 78 is **GRANTED**. The telephone conference scheduled for May 26, 2026 at 2:00 p.m. ET (the "Conference") is **ADJOURNED** to **June 5, 2026 at 4:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Court further clarifies that the Conference is not a settlement conference, but rather a telephone conference to discuss the status of the parties' settlement agreement. (Dkt. No. 74).
>
> Counsel for Plaintiff shall serve this Order on Defendants and file proof of service by **May 25, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 78.
>
> SO ORDERED.    May 21, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

Dear Magistrate Judge Cave:

This firm represents plaintiff The Federal Savings Bank ("Plaintiff") in the above-referenced action.  Plaintiff respectfully submits this letter pursuant to jointly request an adjournment of the settlement conference scheduled for May 26, 2026 on consent of defendant Ben Ashkenazi ("Defendant").  The parties would like the conference scheduled for a date between June 2, 2026 and June 5, 2026.

The parties are continuing to work together on the terms of the written settlement agreement (the "Agreement") and are incorporating updated reinstatement figures to include amounts due to date. The parties are also working on revisions to provide more detail regarding the breakdown of the balances on the loan (i.e. unpaid principal balance, total debt, etc.) and how the reinstatement funds are being applied.  However, more time is needed to confirm the monetary figures that are being included in the updated Agreement, draft proposed revised terms, for Defendant to review, and for the parties to confirm they are proceeding with same.  Additionally, May 21st through May 23rd is a religious holiday and May 25th is Memorial Day, so it is unlikely that the parties will have the terms finalized by the May 26th conference.

The parties previously requested an adjournment of this conference, which was granted and moved it from May 14th to May 26th.  As set forth above, this is a joint request on consent of Plaintiff and

1

Defendant.  No other party would be impacted by this request.  There is a status conference with Judge Jesse M. Furman scheduled for June 17, 2026.  This request would not directly impact that conference if it is granted.

Respectfully submitted

/s/ Jason Creech
Jason Creech, Esq.
*Attorneys for Plaintiff*
900 Merchants Concourse, Ste 310
Westbury, New York 11590
Phone:  516.280.7675

CC:    **VIA EMAIL & REGULAR MAIL**
        Ben Ashkenazi
        *Defendant Pro Se*
        959 South End Drive
        Woodmere, NY 11598
        revivo.revivo@gmail.com