

**ROBERTSON, ANSCHUTZ, SCHNEID,**
**CRANE & PARTNERS, PLLC**
L A W   O F F I C E S

| | | |
|---|---|---|
| Sara Z. Boriskin, Esquire<br>Managing Partner, New York Office | 900 Merchants Concourse<br>Suite 310<br>Westbury, NY 11590<br>Phone: 516.280.7675<br>Fax: 515.280.7674<br>www.raslegalgroup.com | James Robertson, Esquire<br>(1943 – 2019)<br>Everett Anschutz, Esquire<br>(1942 - 2025)<br>David J. Schneid, Esquire<br>Member of Florida Bar<br>John T. Crane, Esquire<br>Member of Texas Bar |

<u>VIA CM/ECF</u>

June 11, 2026

Honorable Jesse M. Furman
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:    The Federal Savings Bank v. Ben Ashkenazi, et al.
       Case #: 1:25-cv-03904-JMF
       Our File Number: 25-299505

Dear Judge Furman:

Please be reminded that this office represents the Plaintiff in the above-referenced foreclosure action.

Pursuant to Your Honor's Revised Scheduling Order dated May 15, 2026 (DE #77), the conference before Your Honor has been adjourned to June 17, 2026.

While both sides are happy to report that Judge Cave has facilitated a settlement in principle between the parties, we continue to work towards the completion of the proposed settlement and release agreement as well as the wiring of monies. The parties therefore request one final adjournment of Your Honor's conference. It is our hope that this final conference will not be necessary.

Thank you for all of your courtesies and cooperation throughout this case.

Application GRANTED. The conference is hereby ADJOURNED to **July 22, 2026 at 3:00 p.m**.

The Clerk of Court is directed to terminate ECF No. 82 and to mail a copy of this Order to Defendant Ben Ashkenazi.

Respectfully submitted,

Eric Sheidlower, Esq.

SO ORDERED.

June 11, 2026