UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FEDERAL SAVINGS BANK,

                    Plaintiff,

    -v-

BEN ASHKENAZI, et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 3904 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a settlement conference on June 5, 2026 (the "Conference"), at which the parties reached a settlement in principle.  (See minute entry dated June 5, 2026).  At the Conference, the parties indicated their intent to file a stipulation of dismissal ("SoD").  To date, the parties have not filed the SoD.  By **July 7, 2026**, the parties shall file the SoD.

Dated:       New York, New York
             June 26, 2026            SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**